UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 1: 16-cr-00201-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AJOHNTAE HAMMOND

    Defendant.

---

## ORDER ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE
---

On April 7, 2021 Mr. Hammond, representing himself, filed a motion for a compassionate release. ECF No. 90. Simultaneously, he requested a compassionate release in another case, No. 20cr00026-CMA, which is pending before a different judge in this district. On April 9, 2007 counsel from the Federal Public Defenders Office entered on Mr. Hammond's behalf. ECF No. 92. On April 12, 2021 the Court granted defendant's unopposed motion to set a briefing schedule. ECF No. 94. On May 5, 2021 defendant filed a supplement to his motion and a brief. ECF Nos. 95 and 96. On May 28, 2021 the government filed a response in opposition to the motion. ECF No. 99. After considering the motion, supplement, briefs, the applicable factors provided in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3582(c)(1)(A), and the applicable policy statements issued by the Sentencing Commission, the motion is denied for the following reasons:

    1. Ajohntae Hammond is 30-year old gentleman who was sentenced on March 7, 2017 to 27 months imprisonment and three years' supervised release following his conviction of felon in

possession of a firearm.  The Court's judgment, entered March 9, 2017, was affirmed on appeal. He began his period of supervised release on June 20, 2018.  On January 31, 2021 the Probation Department petitioned for revocation of supervised release, alleging violations for (1) a new charge of felon in possession of a firearm; (2) a new charge of driving under restraint; (3) a new charge of driving after revocation (4) failure to report a law enforcement contact; (5) through (8) possession and use of a controlled substance (cocaine); (6) possession and use of a controlled substance (cocaine); (9) failure to participate in substance abuse testing; (10 failure to participate in substance abuse treatment.  On October 26, 2020 after admitting the charged violations, Mr. Hammond was sentenced to an additional 18 months of incarceration.

2.  The government opposes the motion, primarily because Mr. Hammond refused the Moderna vaccination on March 10, 2021, although he has no known contraindication for the vaccine.

4.  It appears that the motion is moot.  He either has completed or is about to complete service of his sentence in this case, leaving his concurrent sentence in Case No. 20-cr-00026 as the determinative sentence for purposes of his motion.

### ORDER

Defendant's motion for compassionate release, ECF No. 90, is DENIED as MOOT.

Dated July 19, 2021

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge